IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-1405-AP**

**DANIEL T. VAN SANT,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Notice of Withdrawal of Complaint (doc. #13), filed October 26, 2009, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Dated:  October 26, 2009

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT